| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ramiro Morales, 167947<br>Morales Fierro & Reeves<br>2151 Salvio Street, Suite 280<br>Concord, CA 94520 | (925)288-1776 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>TR3042 | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | |

| PLAINTIFF: |
|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, et al. |
| DEFENDANT: |
| 2541 CALIFORNIA STREET, LLC, et al. |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:20-cv-06509-TSH |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

   Complaint, Summons, Order Setting Case Management Conference, judge's Standing Order, Northern District Standing Order

2. Party Served: JONATHAN SINGER, an individual

3. Person Served: JONATHAN SINGER - Person Authorized to Accept Service of Process

   a. Left with: "JANE DOE"-W,F,35-40,blndH,5'6,140lb - Co-Occupant

4. Date & Time of Delivery: 10/12/2020    3:42PM

5. Address, City and State: 2647 23RD Avenue
   San Francisco, CA 94116

6. Manner of Service: By leaving the copies with or in the presence of "JANE DOE"-W,F,35-40,blndH,5'6,140lb , a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 104.25

Registered California process server.
County: San Mateo
Registration No.: 521

Priscila Carmona
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 10/16/2020 at Petaluma, California.

Signature: _____

Priscila Carmona

OL#: 15290022

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ramiro Morales, 167947<br>Morales Fierro & Reeves<br>2151 Salvio Street<br>Concord, CA 94520 | (925)288-1776 | |
| ATTORNEY FOR (Name):  Plaintiff | Ref. No. or File No.<br>TR3042 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, et al.

DEFENDANT:

2541 CALIFORNIA STREET, LLC, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:20-cv-06509-TSH |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 10/19/2020, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Summons, Order Setting Case Management Conference, judge's Standing Order, Northern District Standing Order

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

JONATHAN SINGERM, an individual

2647 23RD Avenue

San Francisco, CA 94116

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 104.25

Travis Carpenter
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 10/16/2020 at Petaluma, California.

Travis Carpenter

OL#:   15290022