1  HANSON BRIDGETT LLP
   MILES C. HOLDEN, SBN 263342
2  mholden@hansonbridgett.com
   JOSEPHINE K. PETRICK, SBN 280233
3  jpetrick@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California  94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendants and Counterclaimants
   2541 CALIFORNIA STREET, LLC and
7  SEAN WHELAN

8                **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | Case No. 3:20-cv-06509-RS |
| 12  Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; ORDER** |
| 13  v. | |
| 14  2541 CALIFORNIA STREET, LLC; SEAN WHELAN; PATRICIA KENNEY as TRUSTEE OF THE PAK FAMILY TRUST; SUMIT CHACHRA; PRIYANK TALWAR; EDWARD LAM; LOVINA LAW; JONATHAN SINGER; JULIA COELHO; PEDRO LEONARDO; SEAN BEHR; SARAH SHIVERS aka SARA BEHR; LISA GREENE HAUGE aka LISA GREENE HAUSER; and ANKIT MUNJAPARA, | Judge:  Richard Seeborg |
| 20  Defendants. | |
| 21  2541 CALIFORNIA STREET, LLC; and SEAN WHELAN, | |
| 23  Counterclaimants, | |
| 24  v. | |
| 25  TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | |
| 26  Counter-Defendant. | |

17077583.2

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
RELATED DEADLINES; [PROPOSED] ORDER

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff–Counter-Defendant Travelers Casualty Insurance Company of America ("Travelers"), and Defendants–Counterclaimants 2541 California Street, LLC and Sean Whelan (together, the "Insureds") (collectively, the "Appearing Parties") have stipulated and therefore jointly request this Court to continue the initial Case Management Conference ("CMC") and associated deadlines, on the ground that the remaining parties to this action (Defendants Patricia Kenney as Trustee of the Pak Family Trust; Sumit Chachra; Priyank Talwar; Edward Lam; Lovina Law; Jonathan Singer; Julia Coelho; Pedro Leonardo; Sean Behr; Sarah Shivers aka Sara Behr; Lisa Greene Hauge aka Lisa Greene Hauser; and Ankit Munjapara (collectively, the "Tenants in Common")) have not yet appeared and the case is not yet at issue.

The Appearing Parties respectfully request that the CMC be moved to January 14, 2021, at 10:00 AM, and that the associated discovery and disclosure deadlines be moved accordingly. This stipulation and joint request is entered into by the Appearing Parties by and through their respective counsel of record.

## FACTUAL RECITALS

This stipulation and joint request is made in reference to the following facts:

1. Travelers initiated this action for declaratory relief and unjust enrichment on September 16, 2020, naming the Insureds and the Tenants in Common as defendants. (Dkt. No. 1.)

2. On November 19, 2020, following a modest stipulated extension of time, the Insureds filed their Answer and Affirmative Defenses, and Counterclaims for declaratory relief, breach of contract, and breach of the implied covenant of good faith and fair dealing. (Dkt. No. 21.)

3. The Tenants in Common have not yet appeared in this action but are anticipated to do in early December 2020, by way of a responsive pleading. As a result, the case is not yet at issue.

4. The initial CMC is currently set by order of this Court for December 17, 2020, at 10:00 AM, and CMC Statements are due on December 10, 2020.  (Dkt. No. 27.)

5. The Rule 26(f) conference is therefore due to be completed by November 25, 2020. Fed. R. Civ. P. 26(f)(1).

6. The parties' ADR certification, Stipulation and Proposed Order Selecting ADR Process or Notice of Need for ADR Phone Conference are also currently due November 25, 2020. N.D. Cal. ADR L.R. 3-5(b), (c).

7. Initial disclosures and the discovery plan are currently due December 9, 2020.  Fed. R. Civ. P. 26(c).

8. Counsel for the Tenants in Common, Barron Weinstein, was recently contacted regarding this Stipulation and he indicated that he has no objection to it.

## **STIPULATION**

Based on the foregoing, the Appearing Parties stipulate and jointly request that (1) the initial CMC be continued to January 14, 2021, at 10:00 AM; and (2) that the associated discovery and disclosure deadlines be likewise continued pursuant to Federal Rule of Civil Procedure 26. All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

**SO STIPULATED.**

Respectfully submitted,

DATED:  November 25, 2020                    HANSON BRIDGETT LLP


By:        /s/ Josephine K. Petrick
   MILES C. HOLDEN
   JOSEPHINE K. PETRICK
   Attorneys for Defendants and Counterclaimants
   2541 CALIFORNIA STREET, LLC and
   SEAN WHELAN

17077583.2

- 2 -
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
RELATED DEADLINES; [PROPOSED] ORDER

1 | DATED:  November 25, 2020             MORALES FIERRO & REEVES

   By:         /s/ Christine Fierro
        RAMIRO MORALES
        CHRISTINE FIERRO
        Attorneys for Plaintiff–Counter-Defendant
        TRAVELERS CASUALTY INSURANCE
        COMPANY OF AMERICA

   *With permission, per Attestation below.*

17077583.2

- 3 -
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
RELATED DEADLINES; [PROPOSED] ORDER

**ORDER PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/25/2020

*[signature]*

HON. RICHARD SEEBORG
United States District Judge