United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2541 CALIFORNIA STREET, LLC, et al.,<br><br>Defendants. | Case No. 3:20-cv-06509-RS  (KAW)<br><br>**ORDER TERMINATING MOTION TO COMPEL**<br><br>Re: Dkt. No. 46 |

On June 25, 2021, the district court referred the pending motion to compel to the undersigned. The undersigned does not, however, entertain motions to compel, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 13-14, *http://cand.uscourts.gov/kaworders*.) Accordingly, the motion to compel is TERMINATED, and the parties are ordered to meet and confer[1] in an attempt to resolve the pending dispute without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

The Court notes that Plaintiff appears to have attempted to meet and confer with Defendants prior to filing the motion to compel. Defendants are advised that the fact that they are not represented by counsel does not excuse them from their discovery obligations, including providing timely responses to any discovery propounded. Therefore, Defendants are ordered to meet and confer in an effort to resolve the pending disputes without court intervention. Since

---

[1] The meet and confer process must comply with the undersigned's standing order, which requires that the parties meet and confer by videoconference or in person. (*See* Judge Westmore's General Standing Order ¶ 13.) Sending meet and confer letters or email communications are not sufficient. *See id.*

Defendants did not timely respond to the discovery propounded, all objections are waived. If Defendants refuse to participate in the meet and confer process, Plaintiff may file a unilateral discovery letter, but must detail what meet and confer efforts were undertaken prior to filing to ensure that the meet and confer efforts were in good faith. Defendants are cautioned that the failure to meaningfully participate in the meet and confer process, including the drafting of any subsequent joint letter, would likely result in the Court granting the relief requested.

IT IS SO ORDERED.

Dated: July 23, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge